IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD B. WARE, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| vs. | : |
| | : 1:13-CV-2151-CC |
| WELLS FARGO BANK, N.A., | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Non-Final Report and Recommendation (the "R&R") [Doc. No. 26] issued by Magistrate Judge Gerrilyn G. Brill on February 4, 2014. Magistrate Judge Brill recommends that two motions to amend filed by Plaintiff Reginald B. Ware ("Plaintiff") be denied and that his claims under the Fair Credit Reporting Act ("FCRA") be dismissed with prejudice. The record reflects that no objections to the R&R have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the R&R for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the R&R is correct both in fact and in law. Therefore, the Court **ADOPTS** the R&R as the decision of this Court. Plaintiff's motions to amend his complaint [Doc. Nos. 13, 16] are **DENIED**, and his claim(s) under the FCRA are **DISMISSED with prejudice**.

SO ORDERED this 5th day of March, 2014.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE